**FILED**
CLERK, U.S. DISTRICT COURT
3/24/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PORFIRIO ESTRADA,<br>　aka "Porfirio Maldonado Estrada,"<br>　aka "Porfirio Estrada Maldonado,"<br><br>　　　　Defendant. | CR 2:23-cr-00143-MCS<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of a False Tax Return] |

The Grand Jury charges:

[26 U.S.C. § 7206(2)]

On or about August 17, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant PORFIRIO ESTRADA willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return Form 1040, Schedule C, in the name of defendant ESTRADA and his wife for calendar year 2016, which was false and fraudulent as to a material matter, in that

line 1 of Schedule C of such Form 1040 reported that the gross receipts for calendar year 2016 were $82,906, when, in fact, as defendant ESTRADA then knew and believed, the gross receipts for calendar year 2016 were substantially greater than the reported amount.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section

ALEXANDER P. ROBBINS
Assistant United States Attorney

2